IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| LANCING CARRIER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-14-1347 |
| | § | |
| U.S. BANK, N.A., | § | |
| | § | |
| Defendant. | § | |

## FINAL JUDGMENT

In accordance with the Memorandum and Opinion of today's date, the defendant's motion to dismiss, (Docket Entry No. 4), is granted. The action filed by the plaintiff, Lancing Carrier, is dismissed. Because further amendment would be futile, the dismissal is with prejudice.

SIGNED on June 20, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge